IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRED SCHLEICHER, JR.,

    Plaintiff,

v.                                Civil Action No. 5:06CV133
                                         (STAMP)
TA OPERATING CORPORATION
and BRAD ERKSON,

    Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE

At the request of the plaintiff and without objection by the defendants, it is hereby ORDERED that the pretrial conference in this civil action be RESCHEDULED and will now be held on **November 14, 2007 at 10:00 a.m.**

All other dates contained in the previous scheduling order entered in this case shall remain in effect, except that the parties shall file their proposed pretrial order on or before **8:00 a.m. on November 14, 2007**.

The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED:  November 13, 2007

                                              /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE